# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Paul Hagen**

    v.                                      Case No. 25-cv-00546-PB-AJ

**Global Graphics**
**Software, Inc., et al.**

## ORDER

1.  Plaintiff's motion for leave to amend (doc. 28) is granted. The motion to amend was not filed after a deadline established by the court, the motion was filed early in the case, and the delay was not marked by "bad faith, futility, or the absence of due diligence." Universal Trading Invest. Co., Inc. v. Bureau for Representing Ukrainian Ints. in Itn'l & Foreign Cts., 87 F.4th 62, 80 (1st Cir. 2023) (citation modified).

2.  Plaintiff's motion for leave to conduct jurisdictional discovery (doc. 29) is granted. The plaintiff's affidavit (doc. 21) demonstrates the existence of "a non-frivolous dispute about facts that may yield a sufficient predicate for in personam jurisdiction." Motus, LLC v. CarData Consultants, Inc., 23 F. 4th 115, 128 (1st Cir. 2022). Much of the information that will affect the jurisdictional analysis is uniquely available to the defendants, and the filing of the motion was not unduly

delayed. Accordingly, I grant the parties 90 days from the date of this order to conduct jurisdictional discovery.

3. Defendants' motion to dismiss (doc. 6) is denied without prejudice. Defendants may either refile the same motion within seven days of the completion of jurisdictional discovery or file an amended motion and memorandum within 14 days of the completion of discovery.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

April 15, 2026

cc:    Counsel of Record

2